UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMELA G. COLE,

        Plaintiff,                                     Case No. 07-14364

v.                                                  Hon. John Corbett O'Meara

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE MORGAN'S
## REPORT AND RECOMMENDATION AND REMANDING CASE

This matter is before the Court on Magistrate Judge Morgan's August 01, 2008, Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including Plaintiff's Objections and Defendant's Response, the Court finds that Magistrate Judge Morgan reached the correct conclusion in her Report and Recommendation. Accordingly, the Court hereby ACCEPTS AND ADOPTS Magistrate Judge Morgan's Report and Recommendation in its entirety.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment is DENIED, Plaintiff's cross-motion for summary judgment is GRANTED IN PART, and the matter is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation entered on August 01, 2008.

SO ORDERED.

                                                            s/John Corbett O'Meara
                                                            United States District Judge

Date: September 9, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, September 9, 2008, by electronic or ordinary mail.

                s/William Barkholz
                Case Manager